WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Anthony Lonigro, | No. CV-20-00172-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| New England Teamsters Trucking Industry Pension Fund, | |
| Defendant. | |

Before the Court is Defendant's motion to dismiss (Docs. 17, 18, 19), which is fully briefed. Because Plaintiff concedes that these matters have previously been fully litigated against Defendant (Doc. 18 at 1), res judicata applies and dismissal is appropriate. The Court will deny Defendant's request for fees without prejudice but permits Defendant to reassert its request in a manner that complies with LRCiv. 54.2.

**IT IS ORDERED** that Defendant's motion to dismiss (Doc. 17) is **GRANTED**. The Clerk of Court is directed to terminate all pending motions, enter judgment in favor of Defendant, and close the case.

Dated this 20th day of March, 2020.

Douglas L. Rayes
United States District Judge