**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Anthony Lonigro, | No. CV-20-00172-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| New England Teamsters Trucking Industry Pension Fund, | |
| Defendant. | |

Before the Court is Plaintiff's motion for reconsideration. (Doc. 22.) Plaintiff again concedes that he has previously fully litigated these matters against Defendant, but insists that he should be able to re-litigate them here. He provides no other bases for reconsideration, other than to suggest that the Court rushed its decision because of the COVID-19 pandemic. Plaintiff has not asserted that the judgment rests on manifest errors of law or fact, produced newly discovered or previously unavailable evidence, suggested that an intervening change in controlling law undermines the judgment, or convincingly argued that failure to grant his motion to reconsider will cause manifest injustice. *See Allstate Ins. Co. v. Herron*, 634 F.3d 1101, 1111 (9th Cir. 2011). As a result,

//
//
//
//

1 | **IT IS ORDERED** that Plaintiff's motion for reconsideration (Doc. 22) is **DENIED**.

Dated this 3rd day of April, 2020.

Douglas L. Rayes
United States District Judge